734 A.2d 1269

IN THE MATTER OF PAUL A. DYKSTRA,
AN ATTORNEY AT LAW.

August 17, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **PAUL A. DYKSTRA of HASBROUCK HEIGHTS,** who was admitted to the bar of this State in 1974, and who was suspended from the practice of law for a period of three months effective April 19, 1999, by Order of this Court dated March 24, 1999, be restored to the practice of law, effective immediately;

And it is further

ORDERED that **PAUL A. DYKSTRA** shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court.